# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

ROSANNE WIESEN, an individual,

Plaintiff,

v.

HUMANA, INC.,

Defendant.

Case No.: 2:25-cv-02153-JHC

ORDER

This matter comes before the Court on Defendant's Fed. R. Civ. P. 12(b)(6) Partial Motion to Dismiss for Failure to State a Claim.  Dkt. # 6.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court ORDERS as follows:

The Court GRANTS Defendant's request for judicial notice at Dkt. # 9.

For the reasons presented by Defendant at Dkt. ## 6 and 12—i.e., the lack of allegations regarding specific intent—the Court GRANTS the motion and DISMISSES Plaintiff's Sixth Cause of Action without prejudice.  The Court GRANTS Plaintiff leave until April 8, 2026, to amend her complaint with respect to the dismissed claim.

//

ORDER - 1
Case No.: 2:25-cv-02153-JHC

DATED this 18th day of March, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2
Case No.: 2:25-CV-02153-JHC